473 A.2d 695

Commonwealth v. Quinn, Appellant.

Petition for Allowance of Appeal
Denied Aug. 27, 1984.

Submitted October 21, 1983. Michael R. Muth, Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.